# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-mj-0178-DDL |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Joseph Stephen Iavecchio | Booking No. 39867510 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **1/26/23** the Court entered the following order:

| | |
|---|---|
| **X** | Defendant be released from custody. |
| ___ | Defendant placed on supervised / unsupervised probation / supervised release. |
| ___ | Defendant continued on supervised / unsupervised probation / supervised release. |
| **X** | Defendant released on $20,000.00 P/S Bond posted. |
| ___ | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| ___ | Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated. |
| ___ | Defendant sentenced to TIME SERVED, supervised release for ____ years. |
| ___ | Bench Warrant Recalled. |
| ___ | Defendant forfeited collateral. |
| ___ | Case dismissed. |
| ___ | Case dismissed, charges pending in case no. |
| ___ | Defendant to be release to Pretrial Services for electronic monitoring. |
| **X** | Other. To be released immediately from cell block. |

DANIEL E. BUTCHER
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by A. Corsello 446-3576

Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

## Read: 23mj178 Iavecchio

CAS Releases
Thu 1/26/2023 2:15 PM

◊ 1 attachments (64 KB)
Read: 23mj178 Iavecchio;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.